**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 0 4 2009

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO 09-1042 |
| v. | ) ) ) | COMPLAINT |
| GREAT LAKES CHEMICAL CORPORATION | ) ) ) | |
| Defendant. | ) ) ) | **JURY TRIAL DEMAND** |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of race and to provide appropriate relief to Cecil Delphin, Murphy Chambliss, and other Black employees and a class who were adversely affected by such practices. As alleged with greater particularity in paragraphs 8a through 8j below, Plaintiff Equal Employment Opportunity Commission alleges that Defendant Great Lakes Chemical Corporation discharged Cecil Delphin, Murphy Chambliss, and other Black employees because of their race (Black).

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343, and 1345. This is an action authorized and instituted pursuant to §706(f)(1) and (3) and §706 and §707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq. ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Arkansas, El Dorado Division.

## PARTIES

3.      Plaintiff, Equal Employment Opportunity Commission (the "Commission") is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by §706(f)(1) and (3) of Title VII, 42 U.S.C. §2000-5(f).

4.      At all relevant times, Defendant Great Lakes Chemical Corporation ("Defendant Employer"), was a corporation doing business in the State of Arkansas and the City of El Dorado and has continuously had at least fifteen (15) employees.

5.      At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of §701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e(b), (g), and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit Cecil Delphin and Murphy Chambliss filed charges of discrimination with the Commission alleging violations of Title VII by Defendant Employer.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      Since at least on or about September 1, 2005, and continuing, Defendant Employer has engaged in unlawful employment practices at its facility in El Dorado, Arkansas in violation of §703(a) of Title VII, as amended, 42 U.S.C. §2000e-2(a).

2

8.    The unlawful employment practices include terminating Cecil Delphin, Murphy Chambliss, and other employees because of their race, Black.

a.    Marcus Dunn began working at as a temporary/contract worker at Defendant Employer's facility on or about August of 2002.

b.    Cecil Delphin began working as a temporary/contract worker at Defendant Employer's facility on or about December of 2002.

c.    Robert Bennett began working as a temporary/contract worker at Defendant Employer's facility on or about April of 2003.

d.    Murphy Chambliss began working as a temporary/contract worker at Defendant Employer's facility on or about November of 2003.

e.    Dunn, Delphin, Bennett, and Chambliss were all promoted to the position of shift leader while working as a temporary/contract worker for Defendant Employer.

f.    On or about May of 2005, Dunn, Delphin, Bennett, and Chambliss were hired by Defendant Employer as packaging technicians in the IOB area.

g.    Dunn, Delphin, Bennett, and Chambliss all remained shift leaders when they were hired by Defendant Employer.

h.    There were a total of eleven packaging technicians in the IOB area, of which seven were Black and four were White.

i.    Based on a discriminatory and subjective evaluation, the eleven IOB employees were evaluated at an unknown date between May and September of 2005.

j.    This discriminatory and subjective evaluation resulted in the termination of five Black employees, which included Dunn, Delphin, Bennett, and Chambliss, on or about September 19, 2005.

3

9.    The effect of the practices complained of above in paragraphs 8a through 8j has been to deprive Cecil Delphin, Murphy Chambliss, and other Black employees as a class of equal employment opportunities and otherwise to adversely affect their status as employees because of their race.

10.    The unlawful employment practices complained of in Paragraphs 8a through 8j were and are intentional.

11.    The unlawful employment practices complained of in Paragraphs 8a though 8j above were done with malice and/or with reckless indifference to the federally protected rights of Cecil Delphin, Murphy Chambliss, and other Black employees as a class.

PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully prays that this Court:

A.    Grant a permanent injunction enjoining the Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of race under Title VII of the Civil Rights Act of 1964, as amended.

B.    Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for Black employees and which eradicate the effects of its past and present unlawful employment practices.

C.    Order Defendant Employer to make whole Cecil Delphin, Murphy Chambliss, and other Black employees by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to, reinstatement or placement in a comparable position.

4

D.    Order Defendant Employer to make whole Cecil Delphin, Murphy Chambliss, and other Black employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraphs 8a through 8j above, including relocation expenses, job search expenses, and medical expenses, in amounts to be determined at trial.

E.    Order Defendant Employer to make whole Cecil Delphin, Murphy Chambliss, and other Black employees by providing compensation for past and future non pecuniary losses resulting from the unlawful practices complained of in Paragraphs 8a through 8j above, including emotional pain, suffering, embarrassment, inconvenience, loss of enjoyment of life and humiliation, in amounts to be determined at trial.

F.    Order Defendant Employer to pay Cecil Delphin, Murphy Chambliss, and other Black employees punitive damages for its malicious and/or reckless conduct described in Paragraphs 8a through 8j above, in an amount to be determined at trial.

G.    Grant such further relief as the Court deems necessary and proper in the public interest.

H.    Award the Commission its costs of this action.

### JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

**JAMES L. LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

**FAYE WILLIAMS**
Regional Attorney

5

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1407 Union Avenue, Suite 901
Memphis, TN 38104
Telephone: (901) 544-0138



**WILLIAM A. CASH, JR.**
Supervisory Trial Attorney
AR #88081



**PAMELA B. DIXON**
Senior Trial Attorney
AR #95085


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Little Rock Area Office
820 Louisiana St., Ste. 200
Little Rock, Arkansas 72201
Telephone:    (501) 324-5539
              (501) 324-5065

william.cash@eeoc.gov
pamela.dixon@eeoc.gov

6